

**CAUSE NO. 12-15-00039-CR**

**IN THE COURT OF APPEALS**

**TWELFTH COURT OF APPEALS DISTRICT**

**TYLER, TEXAS**

| | | |
|---|---|---|
| **TAURUS JENKINS, APPELLANT** | } | **APPEALED FROM 159TH DISTRICT COURT** |
| **V.** | } | **IN AND FOR** |
| **THE STATE OF TEXAS, APPELLEE** | } | **ANGELINA COUNTY, TEXAS** |

**ORDER**

THIS DAY came on to be heard the motion filed by Mr. Albert Charanza to permit substitution of counsel for Appellant, and the same having been considered, it is hereby ORDERED that this cause be remanded to the trial court for consideration and disposition of the motion. (A copy is attached hereto)

It is FINALLY ORDERED that a supplemental clerk's record containing the court's any appropriate order(s) attendant thereto and the reporter's supplemental record of any hearing conducted be certified to this Court on or before **March 30, 2015**.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas this 26th day of February 2015, A.D.

Respectfully yours,
Cathy S. Lusk, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk